PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
MARCOS PANTOJA-INFANTE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>MARCOS PANTOJA-INFANTE.<br>　　　　Defendants. | CASE NO. 2:11-cr-00356-KJM<br><br>STIPULATION AND ORDER TO<br>CONTINUE MOTION HEARING<br><br>Date: April 18, 2013<br>Time: 2:00 p.m.<br>Dept.: 27<br>Honorable Dale A. Drozd |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Marcos Pantoja-Infante, that the Motion Hearing date scheduled for April 4, 2013, at 2:00 p.m. be vacated and the Motion Hearing be continued to this court's calendar on April 18, 2013 at 2:00 p.m. It is further stipulated that the time period from the date of this stipulation, April 4, 2013, through and including the date of the new status conference, April 18, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant 18U.S.C. § 3161 (h) (7)(B)(iv) and Local CodeT4. Counsel needs more time for further investigation. The ends of Justice by this continuance outweighs the public's and the defendant's interest in a speedy trial

1

The court is advised that counsel have conferred about this request that they have agreed to the court date of April 18, 2013. Counsel requests time narrow the scope of the issues. Mr. Leras has authorized Preciliano Martinez to sign this stipulation on his behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for preparation of counsel, up to and including April 18, 2013.

Respectfully Submitted,

Dated: April 4, 2013
/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
MARCOS PANTOJA-INFANTE

Dated: April 4, 2013
/s/ Todd Leras
Todd Leras
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current April 4, 2013 Motion Hearing is hereby vacated and reset to April 18, 2013, before Magistrate Judge Edmund F. Brennan. The Judge finds the ends of justice by taking this continuance outweighs the public's and the defendant's interest in a speedy trial. It is so ordered time be excluded from today's date through and including April 18, 2013, in the interests of justice pursuant to 18U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

Dated: April 4, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Infant.0356.stipord.cont.mot.hrg.doc